## John J. Eakins v. A. Groesbeck.

Where the defendant does not show, in any manner, how his rights are, or may have been prejudiced, by the rendition of a judgment against him, by default, at the same term at which a similar judgment had been rendered, and arrested, (for what was supposed to be a defect, but which was cured by a clerical amendment,) there is no error ; no further notice than the ordinary citation is necessary, in such case, to require an answer.

Error from Dallas. Tried below before the Hon. Nat. M. Burford.

This was a suit by Abram Groesbeck against John J. Eakins, on a promissory note. The caption of the petition was in form thus : " The State of Texas, County of Dallas ;" and it alleged the residence of the defendant, as follows : " that plaintiff is a resident of the county of Harris, and state of Texas, and defendant is a resident of the county and state first aforesaid ;" without any recital or reference, in the preceding part of the petition, to any other county, than was stated in the caption.

On the 4th of February, 1859, judgment, by default, was rendered against the defendant, for the sum of $174.50, the amount of principal and interest of the note sued on, for want of an answer. The defendant moved to arrest the judgment, on the same day, and on the 16th of February, 1859, the motion was sustained; upon the same day, the second judgment was rendered, for the principal and interest of the note, as before; the plaintiff having amended his petition, by averring that the defendant resided in the county of Dallas, and state of Texas.

The defendant filed no application to set aside the judgment, nor any bill of exceptions, or statement of facts.

*G. W. Guess*, for the plaintiff in error.

*J. C. McCoy*, for the defendant in error.

ROBERTS, J.—The petition contains a venue, and identifies the county of defendant's residence, by referring to it, and alleging it to be in the county first aforesaid. The judgment, by default, was arrested on this account, and the petition amended, upon leave of court; and the cause being called, when it was regularly reached, as it may be presumed, and there being no answer filed, a judgment by default was rendered. We see no error in this last action of the court. The plaintiff in error complains, that he had no notice of this action of the court. He has not shown a state of facts on the record, which entitled him to any further notice. The amendment of the petition was hardly necessary; but if held necessary, it was merely a clerical amendment, by which the meaning of the pleader, already clear enough, should be made clear, beyond misapprehension. Judgment affirmed with damages.

Affirmed with damages.